UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF ALBERTA ROBINSON, IRVIN MINOR; KENYA ROBINSON; CAROLYN ADAMS; UNKNOWN HEIRS AND LEGATEES OF ALBERTA ROBINSON; GOLDEN GATE HOMEOWNERS ASSOCIATION; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS;<br><br>Defendant. | Case No.: 14-cv-3576<br><br>Judge: Rebecca Pallmeyer<br><br>Magistrate Judge: Geraldine Soat Brown |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                                                                                                      Respectfully submitted,

                                                                                                      ZACHARY T. FARDON

                                                                                                      United States Attorney

                                                                                                      By: *s/Caleb J. Halberg*
                                                                                                          CALEB J. HALBERG
                                                                                                          Attorney for the United States
                                                                                                          223 W. Jackson Blvd., Suite 610
                                                                                                          Chicago, IL 60606
                                                                                                          (312) 263-0003
                                                                                                          chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on December 11, 2014, and on the following non-ECF filers by first class mailing on December 12, 2014:

William P. Butcher as Special Representative of the Estate of Alberta Robinson
2044 Ridge Road
Homewood, IL 60430

Irvin Minor
4870 Jefferson
Gary, IN  46408

Kenya Robinson
13266 S. Vernon
Chicago, IL  60627

Carolyn Adams
11616 Palmer
Kansas City, MO 64134

Golden Gate Homeowners Association
Delores Lucas, President
13134 S. Vernon
Chicago, IL  60627

Unknown Heirs and Legatees of Alberta Robinson
13266 South Vernon
Chicago, IL  60627

Unknown Owners and Non-Record Claimants
13266 South Vernon
Chicago, IL  60627

        *s/Caleb J. Halberg*
        CALEB J. HALBERG
        Attorney for the United States
        223 W. Jackson Blvd., Suite 610
        Chicago, IL 60606
        (312) 263-0003
        chalberg@potestivolaw.com